
1  ALEXANDER M. WEYAND (CA SBN 108147)
   AWeyand@pwmlaw.com
2  PAUL P. DEANGELIS (CA SBN 193913)
   PDeAngelis@pwmlaw.com
3  PETERSON, WEYAND AND MARTIN LLP
   49 Stevenson Street, Tenth Floor
4  San Francisco, California 94105
   Telephone: 415.399.2900
5  Facsimile: 415.399.2930

6  *Attorneys for Plaintiff*
   *SEER SYSTEMS, INC.*

7  VINCENT J. BELUSKO (CA SBN 100282)
8  VBelusko@mofo.com
   MARTIN M. NOONEN (CA SBN 169061)
9  MNoonen@mofo.com
   BRIAN F. MCMAHON (CA SBN 235373)
10 BMcMahon@mofo.com
   MORRISON & FOERSTER LLP
11 555 West Fifth Street
   Los Angeles, California 90013-1024
12 Telephone: 213.892.5200
   Facsimile: 213.892.5454
13
   *Attorneys for Defendant*
14 *YAMAHA CORPORATION*

E-Filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| SEER SYSTEMS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>YAMAHA CORPORATION, a Japanese corporation,<br><br>    Defendant. | Case No. C 06 07736 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER (1) TO SET ASIDE CLERK'S ENTRY OF DEFAULT UNDER FRCP 55(c), (2) FOR DEFENDANT TO WAIVE SERVICE, (3) FOR PLAINTIFF TO PROVIDE EXTENSION OF TIME FOR DEFENDANT TO RESPOND, AND (4) TO POSTPONE CASE MANAGEMENT CONFERENCE** |
|---|---|

1   WHEREAS, Plaintiff Seer Systems, Inc. ("Seer") filed the present lawsuit against
2   Defendant Yamaha Corporation ("Yamaha") on December 18, 2006;
3   WHEREAS, Seer contends it duly served Yamaha and thereafter requested its default be
4   entered pursuant to Fed. R. Civ. P. 55(a);
5   WHEREAS, Yamaha denies that service was duly effected upon it and additionally asserts
6   that good cause exists in any event to set aside said entry of default;
7   WHEREAS, the parties disagree as to whether proper service has been effected;
8   WHEREAS, the parties have agreed to enter this stipulation rather than expending judicial
9   resources and burdening the Court with their dispute;
10  WHEREAS, Seer has agreed to stipulate to this request to set aside the default against
11  Yamaha;
12  WHEREAS, Yamaha has agreed to waive its argument that proper service has not been
13  effected if the default is set aside;
14  WHEREAS, Yamaha has agreed to waive its argument that proper service was not timely
15  effected under Fed. R. Civ. P. 4(m) if the default is not set aside;
16  WHEREAS, Yamaha has agreed to waive service in exchange for an extension of time
17  consistent with the extension of time to respond provided to a foreign defendant under the terms
18  of Fed. R. Civ. P. 4(d)(3), and Seer has agreed to deem this stipulation a request thereto;
19  WHEREAS, Yamaha has agreed to respond to Seer's complaint on or before July 31,
20  2007, and thereby appear and waive any defenses based on lack of personal jurisdiction in this
21  district but otherwise expressly reserves all its rights;
22  WHEREAS, Seer has agreed to extend Yamaha an extension of time to respond consistent
23  with the above;
24  WHEREAS, the parties agree that the pending June 25, 2007 Case Management
25  Conference should be continued to August 27, 2007 or the next available date for the Court to
26  accommodate the due date for Yamaha's response to the complaint;
27  NOW, THEREFOR, IT IS HEREBY STIPULATED AND AGREED by and among the
28  Parties to this action, by and among their respective undersigned counsel, that:

STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT, TO WAIVE SERVICE, AND TO EXTEND TIME        Page 1
CASE NO. C 06 07736 BZ

1.  The Clerk's Entry of Default against Yamaha on April 26, 2007 be set aside under Fed. R. Civ. P. 55(c);

2.  Yamaha waives service of the complaint in this action under Fed. R. Civ. P. 4(d)(3) and the parties deem this stipulation a request thereto effective May 2, 2007;

3.  Yamaha shall have until July 31, 2007 to respond to Seer's complaint in this action and otherwise hereby confirms its waivers as recited above; and

4.  The pending Case Management Conference set for Monday, June 25, 2007 at 4:00 p.m., be continued to Monday, August 27, 2007 at 4:00 p.m. or the next available date for the Court, with Case Management Statements filed in any event seven (7) days before the Case Management Conference.

Dated: May 7, 2007

PETERSON, WEYAND AND MARTIN LLP

By: _____
Alexander M. Weyand
Paul DeAngelis

*Attorneys for Plaintiff*
*SEER SYSTEMS, INC.*

Dated: May 7, 2007

MORRISON & FOERSTER LLP

By: _____
Vincent J. Belusko
Martin M. Noonen
Brian F. McMahon

*Attorneys for Defendant*
*YAMAHA CORPORATION*

STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT, TO WAIVE SERVICE, AND TO EXTEND TIME   Page 2
CASE NO. C 06 07736 BZ

1  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING UNDER
2  FED. R. CIV. P. 55(c), THE ENTRY OF DEFAULT OF YAMAHA BY THE CLERK OF
3  THIS COURT IS HEREBY SET ASIDE, AND THE MATTERS STIPULATED ABOVE
4  ARE SO ORDERED.

Dated: 10 May 2007

By: _____
United States Magistrate Judge