United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEER SYSTEMS INC., a California
corporation,

          Plaintiff,

  v.

YAMAHA CORPORATION, a
Japanese corporation,

          Defendant.

                        /

No. C 06-07736 WHA

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE
AND RELATED INITIAL
DEADLINES**

The Court hereby **CONTINUES** the case management conference to **AUGUST 2, 2007,**

**AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

All related initial deadlines are extended accordingly.

**IT IS SO ORDERED.**

Dated: June 28, 2007.

                                         
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE