ALEXANDER M. WEYAND (CA SBN 108147)
AWeyand@pwmlaw.com
PAUL P. DEANGELIS (CA SBN 193913)
PDeAngelis@pwmlaw.com
PETERSON, WEYAND AND MARTIN LLP
49 Stevenson Street, Tenth Floor
San Francisco, California 94105
Telephone: 415.399.2900
Facsimile: 415.399.2930

*Attorneys for Plaintiff*
*SEER SYSTEMS, INC.*

VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
MARTIN M. NOONEN (CA SBN 169061)
MNoonen@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Defendant*
*YAMAHA CORPORATION*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEER SYSTEMS, INC., a California corporation,<br><br>       Plaintiff,<br><br> v.<br><br>YAMAHA CORPORATION, a Japanese corporation,<br><br>       Defendant. | Case No. C 06 07736 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FOR ONE WEEK TO ACCOMMODATE PRE-EXISTING CALENDAR CONFLICT OF DEFENSE COUNSEL** |

1  WHEREAS, on June 28, 2007, following Defendant Yamaha Corporation's ("Yamaha") filing of a L.R. 7-10 ex parte application seeking to continue the July 12, 2007 initial Case Management Conference ("CMC") to August 30, 2007, the Court entered an Order continuing the initial CMC to August 2, 2007;

WHEREAS, that same day, Yamaha's counsel advised Plaintiff Seer Systems, Inc.'s counsel that the two lead attorneys representing Yamaha had previously scheduled vacations during the week of August 2, 2007, and therefore requested Plaintiff's counsel to stipulate to a one-week continuance of the initial CMC to August 9, 2007.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties to this action, by and among their respective undersigned counsel, that:

The Parties respectfully request the Court continue the initial CMC from August 2, 2007 to August 9, 2007, with a Joint Case Management Statement filed within seven (7) calendar days before the Case Management Conference.

Dated: June 29, 2007

MORRISON & FOERSTER LLP

By: ___/s/ Martin M. Noonen___
Vincent J. Belusko
Martin M. Noonen
Brian F. McMahon

Attorneys for Defendant
YAMAHA CORPORATION

Dated: June 29, 2007

PETERSON, WEYAND AND MARTIN LLP

By: /s/ Paul P. DeAngelis
Alexander M. Weyand
Paul DeAngelis

Attorneys for Plaintiff
SEER SYSTEMS, INC.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FOR ONE WEEK
CASE NO. C 06 07736 WHA

1

1   IT IS HEREBY ORDERED that:

2   The Initial Case Management Conference for this matter is continued to ~~August 9, 2007~~ at August 16, 2007,

3   11:00 a.m., counsel to submit a joint case management conference statement (not to exceed ten

4   pages) no less than seven calendar days prior.  THERE WILL BE NO FURTHER CONTINUANCES.

5

6   Dated: July 2, _____, 2007      By: _____
                                            The Honorable William Alsup
7                                           United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FOR ONE WEEK
CASE NO. C 06 07736 WHA                                                                         2