1  ALEXANDER M. WEYAND (SBN 108147)
   AWeyand@pwmlaw.com
2  DENISE L. DIAZ (SBN 159516)
   DDiaz@pwmlaw.com
3  PAUL P. DeANGELIS (SBN 193913)
   PDeAngelis@pwmlaw.com
4  PETERSON WEYAND & MARTIN LLP
   49 Stevenson Street, Tenth Floor
5  San Francisco, CA 94105
   Telephone: (415) 399-2900
6  Facsimile: (415) 399-2930

7  *Attorneys for Plaintiff*
   *SEER SYSTEMS, INC.*
8

9  VINCENT J. BELUSKO (SBN 100282)
   VBelusko@mofo.com
10 MARTIN M. NOONEN (SBN 169061)
   MNoonen@mofo.com
11 MORRISON & FOERSTER LLP
   555 West Fifth Street
12 Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
13 Facsimile: (213) 892-5454

14 DAVID M. HYMAS (SBN 226202)
   DHymas@mofo.com
15 MORRISON & FOERSTER LLP
   425 Market Street
16 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
17 Facsimile: (415) 268-7522

18 *Attorneys for Defendant*
   *YAMAHA CORPORATION*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEER SYSTEMS, INC., a California corporation,<br><br>                  Plaintiff,<br><br>  v.<br><br>YAMAHA CORPORATION, a Japanese corporation,<br><br>                  Defendant. | Case No. C 06 07736 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MARKMAN BRIEFING SCHEDULE**<br><br>Honorable William H. Alsup |

Plaintiff Seer Systems, Inc. ("Seer") and Defendant Yamaha Corporation ("Yamaha") jointly submit, stipulate to and propose the following Markman briefing schedule and request that the Court adopt the attached proposed order as its Markman Briefing Schedule Order in this case.

| Date | Event (with reference to any applicable Patent Rule ("P.R.")) |
|---|---|
| August 27, 2007 | Plaintiff Served Preliminary Infringement Contentions and Accompanying Document Production (P.R. 3-1 and 3-2) |
| October 11, 2007 | Defendant Serves Preliminary Invalidity Contentions and Document Production (P.R. 3-3 and 3-4) |
| October 25, 2007 | Parties Identify and Exchange Claim Terms to be Construed (P.R. 4-1) |
| November 14, 2007 | Parties Exchange Proposed Claim Constructions for Terms Identified (P.R. 4-2) |
| December 10, 2007 | Parties File Joint Claim Construction and Prehearing Statement (P.R. 4-3) |
| January 9, 2008 | Claim Construction Discovery Completed (P.R. 4-4) |
| January 24, 2008 | Plaintiff Files Opening Claim Construction Brief (P.R. 4-5) |
| February 7, 2008 | Defendant Files Responsive Claim Construction Brief (P.R. 4-5) |
| February 14, 2008 | Plaintiff Files Claim Construction Reply Brief (P.R. 4-5) |
| February 27, 2008 | Tutorial for the Court at 1:30 p.m. |
| March 12, 2008 | Markman Hearing at 1:30 p.m. (P.R. 4-6) |

Dated: September 14, 2007

PETERSON, WEYAND & MARTIN LLP

By: /s/ Paul P. DeAngelis
    Alexander M. Weyand
    Denise L. Diaz
    Paul P. DeAngelis

*Attorneys for Plaintiff*
*SEER SYSTEMS, INC.*

Dated: September 14, 2007

MORRISON & FOERSTER LLP

By: /s/ Martin M. Noonen
    Vincent J. Belusko
    Martin M. Noonen
    David M. Hymas

*Attorneys for Defendant*
*YAMAHA CORPORATION*

1 | ~~[PROPOSED]~~ **MARKMAN BRIEFING SCHEDULE ORDER**

It is hereby ordered that:

The Court adopts the parties' proposed Markman briefing schedule as set forth above.

Dated:  September 17 , 2007

By: _____
Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*