1  ALEXANDER M. WEYAND (SBN 108147)
   AWeyand@pwmlaw.com
2  PAUL P. DeANGELIS (SBN 193913)
   PDeAngelis@pwmlaw.com
3  PETERSON WEYAND & MARTIN LLP
   49 Stevenson Street, Tenth Floor
4  San Francisco, California 94105
   Telephone: (415) 399-2900
5  Facsimile: (415) 399-2930

6  *Attorneys for Plaintiff*
   *SEER SYSTEMS, INC.*
7

8  VINCENT J. BELUSKO (SBN 100282)
   VBelusko@mofo.com
9  MARTIN M. NOONEN (SBN 169061)
   MNoonen@mofo.com
10 MORRISON & FOERSTER LLP
   555 West Fifth Street
11 Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
12 Facsimile: (213) 892-5454

13 DAVID M. HYMAS (SBN 226202)
   DHymas@mofo.com
14 MORRISON & FOERSTER LLP
   425 Market Street
15 San Francisco, California 94105-2482
   Telephone: (415) 268-7000
16 Facsimile: (415) 268-7522

17 *Attorneys for Defendant*
   *YAMAHA CORPORATION*
18

                   UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                        SAN FRANCISCO DIVISION
21

22 SEER SYSTEMS, INC., a California         Case No. C 06 07736 WHA
   corporation,
23                                          **STIPULATION OF DISMISSAL WITH**
                        Plaintiff,          **PREJUDICE**
24        v.
                                            [Fed. R. Civ. P. 41(a)(1)(ii)]
25 YAMAHA CORPORATION, a Japanese
   corporation,                             Hon. William H. Alsup
26                      Defendant.

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C 06 07736 WHA

Having entered into a confidential settlement agreement without any admissions whatsoever regarding the claims and contentions in the present action, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff SEER SYSTEMS, INC. ("Seer Systems"), on the one hand, and Defendant YAMAHA CORPORATION ("Yamaha"), on the other hand, through their respective counsel of record, hereby stipulate and agree to dismiss the above-captioned action with prejudice as follows:

1. Each claim by Seer Systems against Yamaha in this action shall be, and hereby is, dismissed with prejudice.

2. Seer Systems and Yamaha shall each bear their own respective costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November ___, 2007

PETERSON, WEYAND AND MARTIN LLP

By: /s/ Paul P. DeAngelis
    Alexander M. Weyand
    Paul P. DeAngelis

*Attorneys for Plaintiff*
*SEER SYSTEMS, INC.*

Dated: November 27, 2007

MORRISON & FOERSTER LLP

By: /s/ Martin M. Noonen
    Vincent J. Belusko
    Martin M. Noonen
    David M. Hymas

*Attorneys for Defendant*
*YAMAHA CORPORATION*

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C 06 07736 WHA

1

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated: __November 29__, 2007      By: _____
                                          The Honorable William Alsup
4                                         United States District Judge

*IT IS SO ORDERED / Judge William Alsup* (seal of United States District Court, Northern District of California)